AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2023

SEAN F. McAVOY, CLERK

TRACY K.,

*Plaintiff*

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 2:22-cv-00106-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The ALJ's nondisability decision is AFFIRMED.
JUDGMENT is entered in favor of the Commissioner.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    EDWARD F. SHEA

Date: 06/14/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk

*(By) Deputy Clerk*

Lilly Savchuk